Appeal from County Court. Tulsa County;
H. L. Standeven, Judge.

George Tilley was convicted of a violation of the prohibitory law,
and he appeals. Appeal dismissed, and cause remanded.

Ed. Crossland, for plaintiff in error.

The Attorney General and R. McMillan, Asst. Atty. Gen.. for the
State

PER CURIAM. The plaintiff in error was convicted on. an infor-
mation charging that he did unlawfully have possession, of 40 bottles of
beer with the intention of selling the same. On the 28th day of May,
1917, judgment was rendered, and he was sentenced to be confined
in the county jail for 30 days, and to pay a fine of $50. From the judg-
ment he appealed, by filing in this court on July 28, 1917, a petition in
error with case-made. The Attorney General has filed a motion to dis-
miss the appeal, on the ground that the case-made was not filed in the
court below. The proof on the part of the state, showing possession
of the intoxicating liquors as charged, was uncontroverted. No answer
to the motion to dismiss was filed, and no appearance has been made
on behalf of the plaintiff in error. Apparently the appeal herein has
been abandoned. It is therefore ordered that the appeal herein be dis-
missed and the case remanded to the county court of Tulsa county,
Mandate forthwith.

---

GEORGE TILLEY v. STATE.

No. A-3090. Opinion Filed September 18. 1918.

(174 Pac. 1182.)

Appeal from County Court, Tulsa County;
H. L. Standeven, Judge.

George Tilley was convicted of violation of the prohibitory law, and
appeals. Dismissed.

Ed. Crossland, for plaintiff in error.

The Attoreny General and R. McMillan, Asst. Atty. Gen., for the
State.

PER CURIAM. The plaintiff in error, George Tilley, was con-
victed in the county court of Tulsa county on an information charging
that he did unlawfully have possession of 34 half pints of whisky with
the intention of selling the same. On the 28th day of May, judgment
was rendered, and in accordance with the verdict of the jury he was
sentenced to be confined in the county jail for a period of 30 days and
to pay a fine of $250. From the judgment he appealed, by filing in this
court July 28, 1917, a petition in error with case-made. The proof on
the part of the state, showing possession of the intoxicating liquors as
charged, is conclusive and uncontroverted. No brief has been filed. The

Attorney General has filed a motion to dismiss the appeal, and no answer has been filed, and no appearance made on behalf of the plaintiff in error. It appearing that the appeal herein is destitute of merit and has been abandoned, the motion to dismiss will be sustained, and the cause remanded to the county court of Tulsa county. Mandate forthwith.